# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RICCO BARNEY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHR. HANSEN, INC.,<br><br>　　　　　　　Defendant. | Case No. 22-CV-1251-JPS<br><br>**ORDER** |

　　　　On October 24, 2022, Plaintiff filed a putative class-action complaint in the above-captioned matter, alleging violations of the Fair Labor Standards Act and Wisconsin's Wage Payment and Collection Laws. ECF No. 1. Defendant filed an answer on December 27, 2022. ECF No. 8. No class was certified in the action. On April 6, 2023, the parties filed a stipulation dismissing Plaintiff's claims against Defendant with prejudice and without costs to any party. ECF No. 14. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and because Federal Rule of Civil Procedure 23(e) does not apply, the Court will adopt the stipulation of dismissal.

　　　　Accordingly,

　　　　**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 14, be and the same is hereby **ADOPTED**; and

　　　　**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

　　　　Dated at Milwaukee, Wisconsin, this 7th day of April, 2023.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　J. P. Stadtmueller
　　　　　　　　　　　　　　　　U.S. District Judge